171 A.3d 1255

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JERMAINE EASON, A/K/A JULITO EASON AND JERMAINE JULITO, DEFENDANT-PETITIONER.

C-221 Sept.Term 2017
079408

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000527-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

171 A.3d 1256

IN RE: ACCUTANE LITIGATION

M-186 Sept.Term 2017
079958

October 20, 2017

ORDER

It is ORDERED that the motion of Kenneth S. Broun, Daniel J. Capra, Joanne A. Epps, David L. Faigman, Laird Fitzpatrick, Michael M. Martin, Liesa Richter, and Stephen A. Saltzburg for leave to appear as amicus curiae is granted limited solely to the brief that accompanied the motion. The parties may serve and file briefs in response on or before November 15, 2017.